UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**PIANTE WALLACE,**

    **Petitioner,**

  v.

**WARDEN, WARREN
CORRECTIONAL INSTITUTION,**

    **Respondent.**

Case No. 1:19-cv-429
**JUDGE DOUGLAS R. COLE**
Magistrate Judge Merz

## ORDER

This cause comes before the Court on the Magistrate Judge's August 17, 2020, Report and Recommendation ("R&R") (Doc. 11). The Magistrate Judge recommends that the Court **DISMISS** Wallace's Petition for a Writ of Habeas Corpus (Doc. 1) **WITH PREJUDICE**. The R&R advised both parties that a failure to object within the 14 days specified by the R&R may result in forfeiture of rights on appeal, which includes the right to District Court review. (*See* Doc. 11, #286). *See also Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting § 636(b)(1)(C), intended to require a district judge to review a magistrate's report to which no objections are filed."); *Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019) (noting "*fail[ure] to file* an objection to the magistrate judge's R & R … is forfeiture, not waiver") (emphasis in original); 28 U.S.C. § 636(b)(1)(C). The time for filing objections has passed and none have been filed.

Therefore, the Court **ADOPTS** the Report and Recommendation and **DISMISSES** Wallace's Petition (Doc. 1) **WITH PREJUDICE**. As reasonable jurists

could not disagree with this conclusion, Wallace is denied a certificate of appealability and the Court certifies to the Sixth Circuit that any appeal would be objectively frivolous.

    **SO ORDERED.**

September 16, 2020
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**